IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02494-PAB-KLM

CARL HUBBARD,

    Plaintiff,

v.

ACCOUNT SERVICES COLLECTIONS, INC., a Texas corporation,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 10; Filed December 28, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The proposed Protective Order is accepted with interlineations and entered contemporaneously with this Minute Order.

Dated: December 29, 2011